# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JEFF J. JONES

          Plaintiff,

-vs-                                      Case No. 3:04-cv-418-J-20HTS

HIEP NGUYEN, et., al.,

          Defendant.

_____/

## ORDER TO STRIKE

Motion for summary judgment (Doc. No 35) was filed in the above-styled case. It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below. Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete the document. Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

**Twenty Page Rule for Briefs and Memoranda:**

Absent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length. ([Local Rule 3.01(c)]

DATED:     This 22_ day of July, 2005 in Jacksonville, Florida.

                                                      Harvey E. Schlesinger
                                                      United States District Judge

Copies to:

Jeff Jones, Pro Se
Wendy Benner-Leon, Esq.